THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Jack Conrad Franchek, <br><br> Plaintiff, <br> v. <br><br> Park City Municipal Corporation et al,, <br><br> Defendant. | ORDER AND REPORT AND RECOMMENDATION <br><br> Case No. 2:25-cv-00694-DBB-DBP <br><br> District Judge David Barlow <br><br> Magistrate Judge Dustin B. Pead |

Before the court is pro se Plaintiff Jack Franchek's Motion for Leave to Proceed in forma pauperis.[1] On April 4, 2026, the court ordered Plaintiff to complete and submit to the Clerk's Office a summons (AO 440) and service of process form (USM-285) for each named Defendant.[2] The deadline for submitting these documents was on May 4, 2026, and the court warned Plaintiff that the case may be dismissed if the forms were not timely submitted.[3] Plaintiff did not submit these documents by the deadline. Therefore, the court orders as follows.

Plaintiff's Motion for Leave to Proceed in forma pauperis is denied.[4]

Further, the undersigned recommends that this matter be dismissed without prejudice for failure to prosecute.

Copies of this Report and Recommendation are being sent to all parties, who are hereby notified of their right to object.[5] The parties must file any objections to this Report and

---

[1] ECF No. 2.

[2] ECF No. 9.

[3] *Id.*

[4] ECF No. 2.

[5] 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

Recommendation within 14 days after being served with a copy of it.[6] Failure to object may constitute waive of objections upon subsequent review.

　　　　IT IS SO ORDERED.


　　　　DATED this 13 May 2026.

_____
Dustin B. Pead
United States Magistrate Judge

---

[6] *Id.*

2